[No. 13342-7-III.     Division Three.     February 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MOSES JOSEPH CUEVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 88-1-00143-1, Ted Walter Small, Jr., J., entered June 16, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13611-6-III.     Division Three.     February 7, 1995.]

DAVID W. KIBLER, *Appellant*, v. THE STATE OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 93-2-00503-0, Dennis D. Yule, J., entered September 30, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 17678-5-II.     Division Two.     February 8, 1995.]

BENJAMIN E. FRANKLIN, JR., *Appellant*, v. TIMOTHY ALLEN TOBIASZ, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-00311-8, Thomas A. Swayze, Jr., J., entered October 29, 1993. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Morgan, J., and Alexander, J. Pro Tem.